IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RICARDO LUNA | § | |
| VS. | § | CIVIL ACTION NO. 1:07cv154 |
| SERGEANT TURNER, ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Ricardo Luna, an inmate at the Stiles Unit, proceeding *pro se*, brought this civil rights action pursuant to 42 U.S.C. § 1983.

The court heretofore referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissal pursuant to FED. R. CIV. P. 41(a).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.

O R D E R

The court is of the opinion the findings of fact and conclusions of law of the magistrate judge are correct. The report of the magistrate judge is therefore **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

So **ORDERED** and **SIGNED** this **15** day of **May, 2007.**

Ron Clark, United States District Judge